IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 3:21-00044

TRAVIS LEE CLONINGER

## MEMORANDUM OPINION AND ORDER

Pending is Defendant Travis Lee Cloninger's *pro se* letter-form motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). ECF No. 51. In the Government's Response, it maintains Defendant's motion should be denied because he failed to exhaust his administrative remedies before he filed this action. In support of its position, the Government states it contacted both the Western Regional Jail, where Defendant is currently held, and the Federal Bureau of Prisons and both stated they have received no requests from Defendant for a reduction in sentence. The Court observes that Defendant also did not assert or provide any evidence in his motion that he made such a request.

Section 3582(c)(1)(A) requires defendants to first exhaust their administrative remedies before seeking compassionate release from the district court. *United States v. Ferguson*, 55 F.4th 262, 268 (4th Cir. 2022) (stating "[a] criminal defendant may move for compassionate release in federal district court on his own behalf, so long as he first applies to the federal Bureau of Prisons (the BOP) for such relief" (citation and internal quotation marks and brackets omitted)). As there is no evidence Defendant did so and the Court finds no reason to waive the exhaustion requirement, the Court **FINDS** Defendant failed to exhaust his administrative remedies and **DENIES** Defendant's motion without prejudice.

-2-

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel and the defendant, the United States Attorney's Office, the United States Probation Office, and the United States Marshals Service.

ENTER:   November 7, 2025

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE